# United States Bankruptcy Court
# Central District of California

| IN RE: | CASE NUMBER: 16-13332-MT |
|---|---|
| JESSICA JENKINS | |
| | CHAPTER: 7 |
| DEBTOR(S) | |

## ORDER SETTING ASIDE CLOSING ORDER AND REOPENING ESTATE

IT APPEARING THAT:

On or about **3/7/17** an Order closing this case was inadvertently entered due to clerical error.

IT IS HEREBY ORDERED, that the order closing this case is set aside pursuant to Rule 60 of the Federal Rules of Civil Procedure and Bankruptcy Rule 9024. This case is hereby reopened for further administration. No additional filing fee is required to reopen this case.

Dated: 3/9/17

_Maureen Tighe_
United States Bankruptcy Judge

Rev. 11/00
order setting aside.wpd.mys

ORDER SETTING ASIDE CLOSING ORDER AND REOPENING ESTATE