# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

## NOTICE AND ORDER VACATING DISCHARGE

**DEBTOR INFORMATION:**
Jessica Jenkins

**BANKRUPTCY NO.** 1:16−bk−13332−MT

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7365
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** N/A

**Address:**
11514 N. Poema Place #204
Chatsworth, CA 91311

A Discharge of Debtor(s) was noticed as a result of clerical error.

**THE DISCHARGE IS HEREBY VACATED.**

Dated: March 9, 2017

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form novd Rev. 03/09) VAN−59

**22 / JCI**