A. LYSA SIMON, SBN 94884
LAW OFFICES OF A. LYSA SIMON
9846 White Oak Avenue
Suite 205
Northridge, CA 91325
(818) 701-5200

Attorney for Movant/Creditor,
UNIVERSITY CREDIT UNION

**FILED & ENTERED**

MAR 21 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>JESSICA JENKINS<br><br>SSN/ID: XXX-XX-7365<br><br>                      Debtor. | CASE NO. 1:16-bk-13332-MT<br><br>CHAPTER 7<br><br>ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION ORDER (NON-DISCHARGEABILITY OF DEBT)<br><br>(No Hearing Scheduled) |

Upon review of the stipulation between Creditor, University Credit Union, represented by counsel, A. Lysa Simon and Debtor, Jessica Jenkins, represented by counsel, David S. Hagen, for Adequate Protection Order (Non-Dischargeability of Debt), and sufficient cause appearing therefore,

///

///

///

///

///

///

lt.ucu.jenkins.**Ordstip1d**        - 1 -        ORDER APROVING STIP FOR APO, ETC.

IT IS HEREBY ORDERED that the Stipulation for Adequate Protection Order (Non-Dischargeability of Debt) filed on March 9, 2017, as Docket Number 23, is hereby approved.

IT IS SO ORDERED.

####

Date: March 21, 2017

Maureen A. Tighe
United States Bankruptcy Judge